## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| In re:<br>Ho Wan Kwok, et al.<br><br>Debtor(s). | Case No. 22-50073 (JAM) |
|---|---|
| Luc A. Despins, Chapter 11 Trustee<br>                               Plaintiff,<br>vs<br>Fox News Network, LLC<br>                               Defendant. | Adv. Proceeding No. 24-05015 |

### NOTICE OF APPEARANCE OF COUNSEL

I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for: Luc A. Despins, Chapter 11 Trustee

The Clerk of the Court and the opposing party will be informed of any change in address. I request notice of all further pleadings and filings.

*/s/ Douglas S. Skalka*
Attorney's Signature

Dated: January 14, 2024

Douglas S. Skalka
Attorney's Printed Name

Law Firm Name: Neubert, Pepe & Monteith, P.C.

Law Firm Mailing Address: 195 Church Street, 13th floor

City: New Haven  State: CT  Zip Code: 06510

Attorney's Email Address: dskalka@npmlaw.com

Attorney's Phone Number: (203) 821-2000

Attorney's Federal Bar Number: ct00616